IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JAMIN CORDOBA-RENGIFO,          )
                                )
        Petitioner,             )
                                )
    v.                          )          CV 322-155
                                )
WARDEN, FCI YAZOO CITY MEDIUM,  )
                                )
        Respondent.             )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS** Respondent's motion to dismiss, (doc. no. 6), **DISMISSES** without prejudice the

petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the

Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this _____ day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE